**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SECURE SOURCE CLAIMS COMPANY, LLC,

         Plaintiff,

         -against-

EDWARD F MILLER, et al.,

         Defendants.

------------------------------------------------------------x

22-CV-9764 (GHW) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Status Conference scheduled for **March 14, 2023**, is adjourned to **May 2, 2023,** at **10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. (ECF 42). The parties, now including the Defendants who appeared today, March 13, 2023, (ECF 65, 66), shall complete and file a revised Report of Rule 26(f) Meeting and Proposed Case Management Plan by **April 25, 2023**. The parties shall also file a revised joint proposed briefing schedule by **April 25, 2023**. (*See* ECF 62).

      **SO ORDERED.**

                                                 *s/ Ona T. Wang*

Dated: March 13, 2023                    **Ona T. Wang**
      New York, New York          United States Magistrate Judge