UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SECURE SOURCE CLAIMS COMPANY, LLC,  :
:
               Plaintiff,  :           22-CV-9764 (GHW) (OTW)
:
              -against-  :           **ORDER**
:
EDWARD F MILLER, et al.,  :
:
             Defendants.  :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Status Conference on May 2, 2023. As discussed at the conference, the parties are directed to file a joint status letter on the last business Friday of each month starting **May 26, 2023**.

      **SO ORDERED.**

Dated: May 2, 2023                                _s/ Ona T. Wang_
      New York, New York                **Ona T. Wang**
                                            United States Magistrate Judge