UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURE SOURCE CLAIMS COMPANY, LLC, as assignee of 125 BROAD CHP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD F. MILLER, FINE CRAFTSMAN GROUP, LLC, a New York Limited Liability Company, USDG, LLC, a Nevada Limited Liability Company, KEVIN ROE, ROE SITE MANAGEMENT, LLC, a New York Limited Liability Company, MICHAEL PIUMELLI, GIOVANNA BATTAGLIA, MARGARET MILLER, SEGOVIA CONSTRUCTION LLC, a New York Limited Liability Company, KRZYSZTOF POGORZELSKI, JOSE SEGOVIA, SAMANTHA BUSTAMANTE, ADAM MUSKAL, ERIC SCOTT, and ROMO MACHINE, LLC, a New York Limited Liability Company, <br><br> Defendants. | No. 22-cv-09764-GHW-OTW <br><br> **STIPULATION AND PROTECTIVE ORDER** |

WHEREAS, the Parties having agreed to the following terms of confidentiality, and the Court having found that good cause exists for the issuance of an appropriately tailored confidentiality order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, it is hereby:

ORDERED that the following restrictions and procedures shall apply to the information and documents exchanged by the parties in connection with the pre-trial phase of this action:

1. Counsel for any party may designate any document or information, in whole or in part, as confidential if counsel determines, in good faith, that such designation is necessary to protect the interests of the client in information that is proprietary, a trade secret or otherwise

sensitive non-public information. Information and documents designated by a party as confidential will be stamped "CONFIDENTIAL."

2.  The Confidential Information disclosed will be held and used by the person receiving such information solely for use in connection with the action.

3.  In the event a party challenges another party's designation of confidentiality, counsel shall make a good faith effort to resolve the dispute, and in the absence of a resolution, the challenging party may seek resolution by the Court. Nothing in this Protective Order constitutes an admission by any party that Confidential Information disclosed in this case is relevant or admissible. Each party reserves the right to object to the use or admissibility of the Confidential Information.

4.  The parties should meet and confer if any production requires a designation of "For Attorneys' or Experts' Eyes Only." All other documents designated as "CONFIDENTIAL" shall not be disclosed to any person, except:

    a.  The requesting party and counsel, including in-house counsel;

    b.  Employees of such counsel assigned to and necessary to assist in the litigation;

    c.  Consultants or experts assisting in the prosecution or defense of the matter, to the extent deemed necessary by counsel; and

    d.  The Court (including the mediator, or other person having access to any Confidential Information by virtue of his or her position with the Court).

5.  Before disclosing or displaying the Confidential Information to any person, counsel must:

    a.  Inform the person of the confidential nature of the information or documents;

    b. Inform the person that this Court has enjoined the use of the information or documents by him/her for any purpose other than this litigation and has enjoined the disclosure of the information or documents to any other person; and

    c. Require each such person to sign an agreement to be bound by this Order in the form attached hereto.

6. The disclosure of a document or information without designating it as "confidential" shall not constitute a waiver of the right to designate such document or information as Confidential Information. If so designated, the document or information shall thenceforth be treated as Confidential Information subject to all the terms of this Stipulation and Order.

7. Any Personally Identifying Information ("PII") (e.g., social security numbers, financial account numbers, passwords, and information that may be used for identity theft) exchanged in discovery shall be maintained by the receiving party in a manner that is secure and confidential.

8. Pursuant to Federal Rule of Civil Procedure 502, inadvertent disclosure of privileged communications shall not constitute a waiver of the privilege in this matter provided the parties follow the steps set forth in Rule 502.

9. Notwithstanding the designation of information as "confidential" in discovery, there is no presumption that such information shall be filed with the Court under seal. The parties shall follow the Court's procedures with respect to filing under seal.

10. At the conclusion of litigation, Confidential Information and any copies thereof shall be promptly (and in no event later than 30 days after entry of final judgment no longer subject to further appeal) returned to the producing party or certified as destroyed, except that the

parties' counsel shall be permitted to retain their working files on the condition that those files will remain protected.

**SO STIPULATED AND AGREED:**

| ATTORNEYS FOR PLAINTIFF: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| By: */s/Kenneth M. Rehns* <br> Kenneth M. Rehns, Esq. <br> SDNY No. KR-9822 <br> **WARD DAMON, PL** <br> 4420 Beacon Circle <br> West Palm Beach, Florida 33407 <br> Telephone: (561) 594-1446 <br> Fax: (561) 842-3626 <br> Email: krehns@warddamon.com | By: */s/Joseph P. Dineen* <br> Joseph P. Dineen, Jr. <br> **Law Offices of Joseph P. Dineen** <br> 1225 Franklin Avenue, Suite 325 <br> Garden City, NY 11530 <br> Telephone: (516) 512-8968 <br> Fax: (516) 873-8881 <br> Email: jpdineen_esq@sbcglobal.net <br><br> *Counsel for FCG, Pogorzelski, and Scott* |
| Howard S. Koh, Esq. <br> Richard J. Jancasz, Esq. <br> Eva M. Sullivan, Esq. <br> Meister Seelig & Fein PLLC <br> 125 Park Avenue 7th Floor <br> New York, New York, 10017 <br> Tel: (212) 655-3500 <br> Fax: (646) 564-4826 <br> Email: hsk@msf-law.com <br>    rj@msf-law.com <br>    ems@msf-law.com <br><br> *Counsel for Plaintiff* | By: */s/Jeffrey Chabrowe* <br> Jeffrey Chabrowe <br> **Law Office of Jeffrey Chabrowe** <br> 521 Fifth Avenue, 17th Floor <br> New York, NY 10175 <br> Telephone: (917) 529-3921 <br> Email: jchabrowe@gmail.com <br><br> *Counsel for Roe Site Management, LLC and Kevin Roe* <br><br> By: */s/Samidh Guha* <br> Samidh Guha <br> Alexander K. Parachini <br> **PERRY GUHA LLP** <br> 1740 Broadway, 15th Floor <br> New York, New York 10019 <br> Telephone: (212) 399-8330 <br> Facsimile: (212) 399-8331 <br> Email: sguha@perryguha.com <br> Email: aparachini@perryguha.com <br><br> *Counsel for Ed Miller, USDG, Giovanna Battaglia, Margaret Miller, Piumelli, SC, Segvoia, Bustamante, Muskal, and Romo* |

SO ORDERED

_____
**Ona T. Wang**
United States Magistrate Judge

Dated: New York, New York
        May 17, 2023

5