**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
SECURE SOURCE CLAIMS COMPANY, LLC,

         Plaintiff,

         -against-

EDWARD F MILLER, et al.,

         Defendants.

-------------------------------------------------------------x

22-CV-9764 (JGLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Status Conference on September 20, 2023. As discussed at the conference, Plaintiff shall file its response to the pending motions to dismiss (ECF Nos. 100 and 105) **on or before October 18, 2023**. Defendants shall file any replies **on or before November 1, 2023**.

The Court will hold a status call with Plaintiff's counsel and *pro* se Defendant Muskal on **November 1, 2023 at 2:30 p.m.** The dial in information is (866) 390-1828, access code 1582687. No conference will be necessary if Plaintiff discontinues the case against Muskal on or before October 31, 2023.

The Roe Defendants shall produce initial disclosures and responses and objections to Plaintiff's discovery demands **on or before September 29, 2023.**

The parties shall file a joint discovery status letter **on or before November 10, 2023**.

**SO ORDERED.**

Dated: September 20, 2023
       New York, New York

          *s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge