**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

SECURE SOURCE CLAIMS COMPANY, LLC,          :
                                            :
                Plaintiff,                  :                    22-CV-9764 (JGLC) (OTW)
                                            :
        -against-                           :                    **ORDER**
                                            :
EDWARD F MILLER, et al.,                    :
                                            :
                Defendants.                 :
                                            :
                                            :
                                            :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the parties' joint discovery status letter at ECF 133.

The parties shall file their next joint discovery status letter **on or before December 22,**

**2023**.


        **SO ORDERED.**



                                                    _s/ Ona T. Wang_____
Dated: November 15, 2023                            **Ona T. Wang**
        New York, New York                          United States Magistrate Judge