**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
SECURE SOURCE CLAIMS COMPANY, LLC,   :
:
                Plaintiff,   :         22-CV-9764 (JGLC) (OTW)
:
                -against-   :         **ORDER**
:
ERIC SCOTT, et al.,   :
:
                Defendants.   :
-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

        On May 6, 2025, the Court scheduled a status conference in this matter for Wednesday, June 18, 2025, at 10:00 a.m. (ECF 181). The Court then rescheduled the June 18 status conference to June 17, 2025, at 10:00 a.m. (ECF 182). After Samidh Jalem Guha, counsel for certain of the Defendants in this action,[1] filed a motion to withdraw, (*see* ECF Nos. 184, 185), the Court directed Mr. Guha to serve a copy of his motion on each of his clients, file proof of service of the same on the docket, and appear at the status conference with his clients. (ECF 186). In the Court's Order at ECF 186, the Court mistakenly referred to the "June 18" status conference, not the rescheduled date of June 17. Because of the miscommunication on the docket, **the conference scheduled for June 17, 2025, is hereby ADJOURNED sine die, and there will be no conference on June 18, 2025.**

        On June 4, 2025, the Court directed Mr. Guha to serve a copy of his motion to withdraw on each of his clients and file proof of service on the docket by June 17, 2025. (ECF 186). Mr. Guha has yet to file proof of service on the docket. (*See* Docket). The Court will grant one

---

[1] Mr. Guha represents Defendants Edward F. Miller, USDG, LLC, Michael Piumelli, Giovanna Battaglia, Margaret Miller, Segovia Construction LLC, Jose Segovia, Samantha Bustamante, and Romo Machine, LLC.

courtesy extension of this deadline to **June 20, 2025.** If Mr. Guha does not file proof of service on the docket by June 20, 2025, his motion to withdraw may be denied.

**SO ORDERED**

Dated:  June 17, 2025
    New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge