**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SECURE SOURCE CLAIMS COMPANY, LLC,     :

            Plaintiff,     :       22-CV-9764 (JGLC) (OTW)

       -against-     :       **ORDER**

ERIC SCOTT, et al.,     :

           Defendants.     :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

    The Court is in receipt of the Defendants' letters at ECF Nos. 195, 197, and 198.

    Defendants' request for an extension of time to respond to my April 29 OSC is **GRANTED.** Defendants' deadline to file their supplemental reply to my April 29 OSC is hereby **EXTENDED** to **September 5, 2025.**

    Plaintiff is directed to serve a copy of this Order on Defendants and file proof of service on the docket by **August 11, 2025.**

    **SO ORDERED**

                                                                                 *s/ Ona T. Wang*

Dated:  August 8, 2025                                       **Ona T. Wang**
        New York, New York                   United States Magistrate Judge