**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
SECURE SOURCE CLAIMS COMPANY, LLC,              :
                                                :
                Plaintiff,                      :      22-cv-9764 (LGLC) (OTW)
                                                :
           -against-                             :              ORDER
                                                :
EDWARD F MILLER, et al.,                        :
                                                :
                Defendants.                     :
                                                :
                                                :
                                                :
-------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Wednesday, November 12, 2025 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

|  |  |
|---|---|
|  | *s/ Ona T. Wang* |
| Dated: September 11, 2025 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |