UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
SECURE SOURCE CLAIMS COMPANY, LLC,  :
:
                Plaintiff,  :      22-CV-9764 (JGLC) (OTW)
:
              -against-  :      **ORDER**
:
ERIC SCOTT, et al.,  :
:
              Defendants.  :
-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

        The Court is in receipt of Defendants Bustamante and Segovia's request for an extension to respond to the Order to Show Cause at ECF 203 and Plaintiff's Response at ECF 204.

        Any Settling Defendant's deadline to respond to the Order to Show Cause is extended to close of business on **September 19, 2025. No further extensions will be granted.** Defendants are reminded that corporate entities cannot appear *Pro Se* and must be represented by counsel.

        Plaintiffs are directed to serve a copy of this Order on all Defendants and file proof of such service on the Docket.

        **SO ORDERED**

Dated:  September 11, 2025
            New York, New York

                                              *s/ Ona T. Wang*
                                              **Ona T. Wang**
                                      United States Magistrate Judge