**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SECURE SOURCE CLAIMS COMPANY, LLC,

                Plaintiff,

                -against-

EDWARD F. MILLER, KEVIN ROE, ROE SITE MANAGEMENT, LLC, a New York Limited Liability Company, MICHAEL PIUMELLI, GIOVANNA BATTAGLIA, MARGARET MILLER, SEGOVIA CONSTRUCTION LLC, a New York Limited Liability Company, JOSE SEGOVIA, SAMANTHA BUSTAMANTE, ADAM MUSKAL, ERIC SCOTT, and ROMO MACHINE, LLC, a New York Limited Liability Company, FINE CRAFTSMAN GROUP, LLC, a New York Limited Liability Company, USDG, LLC, a Nevada Limited Liability Company, KRZYSZTOF POGORZELSKI,

                Defendants.
------------------------------------------------------------x

22-CV-9764 (JGLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

       The Court is in receipt of Defendant Jose Segovia's request for Pro Bono Counsel at ECF 196.

       All Defendants that are not currently represented by legal counsel are directed to file a letter by **October 31, 2025** explaining whether they are joining Segovia's request for pro bono legal counsel or are seeking private counsel. Defendants are also directed to consult the City Bar Justice Center for Pro Bono Legal Advice: (https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/).

All corporate Defendants are again reminded that they **cannot** represent themselves and **must** be represented by counsel. If any corporate defendant remains unrepresented, they are at risk of default. A default is a formal recognition that a party has not filed a required response to the Court, and by failing to defend themselves, admit liability to the plaintiff. After an entry of default, a binding final judgment may be entered in favor of the plaintiff and the plaintiff may be awarded the requested relief. On or before **November 7, 2025**, counsel for corporate Defendants must file a notice of appearance on the docket.

Plaintiffs are directed to serve this Order on all unrepresented Defendants no later than **October 17, 2025,** and file proof of such service on the docket.

**SO ORDERED.**

Dated:  October 10, 2025
            New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge