**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

SECURE SOURCE CLAIMS COMPANY, LLC,    :
                                         :

        Plaintiff,    :             22-CV-9764 (JGLC) (OTW)

                         :

        -against-    :             <u>**ORDER**</u>

                         :

EDWARD F. MILLER, et al.,    :

                         :

        Defendants.    :

                         :

                         :

-----------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

       The Court is in receipt of Defendant Jose Segovia's application to the Court for Pro Bono Counsel at ECF 196. The motion is **DENIED** as moot, in light of the limited appearance of Pro Bono Counsel for Defendants Jose Segovia and Samantha Bustamante at ECF 218.

       Plaintiff is directed to serve this Order on all unrepresented Defendants and file proof of service on the docket by **December 23, 2025**.

       The Clerk of the Court is respectfully directed to close ECF 196.

**SO ORDERED.**

                                          _s/ Ona T. Wang_

Dated:  December 16, 2025                         **Ona T. Wang**
        New York, New York            United States Magistrate Judge