**Federal Pro Se Legal Assistance Project SDNY**
City Bar Justice Center

December 19, 2025

## MEMO ENDORSED.

**<u>Via ECF</u>**
The Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:      *Secure Source Claims Company, LLC v. Miller et al*
                Case No. 1:22-cv-09764-JGLC-OTW

Dear Judge Wang,

The City Bar Justice Center represents Defendants Jose Segovia and Samantha Bustamante for settlement purposes. I submit this letter, with the consent of Plaintiffs' counsel, to request an alternate date for the confidential conference call, currently set for January 21, 2026, pursuant to Your Honor's Scheduling Order, dated December 10, 2025 (ECF 231). Unfortunately, I have a settlement conference on that date. The parties are both available for the follow-up call on January 8, 12, 13, and 20.

Respectfully submitted,

Natalie Tecimer
Staff Attorney
City Bar Justice Center
42 W. 44th Street
New York, NY 10036

          The Conference call on January 21 is **ADJOURNED** to Tuesday, January 20, 2026 at 2:00 PM. Please call Chambers at 212-805-0260 when all counsel are on the line.

          **SO ORDERED.**

          _____
          Ona T. Wang          January 7, 2026
          U.S.M.J.