**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
SECURE SOURCE CLAIMS COMPANY, LLC,                  :
:
          Plaintiff,                  :        22-cv-9764 (JGLC) (OTW)
:
        -against-                  :          **ORDER**
:
EDWARD F MILLER, et al.,                  :
:
         Defendants.                  :
:
-------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court is in receipt of Plaintiffs' letter requesting a pre-motion conference in this matter and counsel for the Miller Defendants' response. (ECF Nos. 246, 247). The parties shall be prepared to discuss the status of discovery and any pending motions, including the motion to strike the answer with respect to the Miller Defendants, at the Tuesday, April 21, 2026 conference.

      **SO ORDERED.**

                                         _s/ Ona T. Wang_

Dated: April 6, 2026                                         **Ona T. Wang**
      New York, New York                         United States Magistrate Judge