**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
SECURE SOURCE CLAIMS COMPANY, LLC,                           :
                                                             :
        Plaintiff,                                 :        22-cv-9764 (JGLC) (OTW)
                                                             :
        -against-                                  :        **ORDER**
                                                             :
EDWARD F MILLER, et al.,                                     :
                                                             :
        Defendants.                                :
                                                             :
-------------------------------------------------------------x

        **ONA T. WANG, United States Magistrate Judge:**

        The Court held a status conference in this matter on April 21, 2026, in which counsel for

the Plaintiffs and counsel for all Defendants were present. As **ORDERED** at the conference:

1. The Miller Defendants' opposition to the motion to enforce the settlement is due **June 22, 2026**, and Plaintiff's response, if any, is due by **July 2, 2026**.

2. Plaintiff's amended motion to strike the answer is due by **May 8, 2026**, Miller Defendants' opposition due **June 22, 2026**, and reply, if any, due **July 2, 2026**.

3. If Plaintiff and counsel for the Miller Defendants find that settlement conversations would be fruitful, they are directed to file a joint letter on the docket by **May 8, 2026**, with proposed dates for a telephonic settlement call with the Court.

4. Discovery is stayed pending settlement discussions and other motion practice.

5. The Court will hold an in-person status conference in this matter on **Tuesday, July 21, 2026 at 10:30 am** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

        **SO ORDERED.**

                                                 *s/ Ona T. Wang*

Dated: April 22, 2026                                  **Ona T. Wang**
     New York, New York                    United States Magistrate Judge