**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

SECURE SOURCE CLAIMS COMPANY, LLC,

Plaintiff,

-against-

EDWARD F MILLER, et al.,

Defendants.

---------------------------------------------------------------x

22-cv-9764 (JGLC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on July 21, 2026. As discussed at the conference:

1. The parties' agreed that, with the filing of the Second Amended Complaint, Plaintiff's motion to strike the first amended complaint at ECF 227 is moot;
2. The briefing schedule on Mr. Halle's motion to dismiss the third-party complaint (ECF 277) and Plaintiff and Mr. Halle's motion for sanctions under Rule 11 against the Miller Defendants (ECF 280) is as follows:
   a. The Miller Defendants'[1] opposition is due Tuesday, August 4, 2026
   b. Plaintiff and/or Mr. Halle's reply is due Tuesday, August 11, 2026;
3. The Court will hold the next discovery status conference on **Thursday, September 10, 2026, at 10:00 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Parties are directed to file a joint agenda on the docket by **Friday, September 4, 2026**.

[1]The "Miller Defendants" is defined to include Defendants Edward F. Miller, USDG, LLC, Michael Piumelli, Giovanna Battaglia, and Margaret Miller.

The Clerk of the Court is respectfully directed to close ECF No. 227.

**SO ORDERED.**

*s/ Ona T. Wang*

**Ona T. Wang**
United States Magistrate Judge

Dated: July 22, 2026
New York, New York