**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

SECURE SOURCE CLAIMS COMPANY, LLC,

Plaintiff,

-against-

EDWARD F. MILLER, et al.,

Defendants.

---------------------------------------------------------------x

22-cv-9764 (JGLC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on October 8, 2026. As discussed at the conference:

1. The parties are directed to file an updated Report of Rule 26(f) Meeting and Proposed Case Management Plan by **October 14, 2026**.
2. The Court will hold a preliminary settlement conference call with Plaintiff's counsel on **November 12, 2026** at 3:00 P.M. Plaintiff's counsel is directed to call Judge Wang's chambers at 212-805-0260.
3. The Court will hold a preliminary settlement conference with the Miller Defendants' counsel on **November 12, 2026** at 3:30 P.M. The Miller Defendants' counsel is directed to call Judge Wang's chambers at 212-805-0260.
4. The November 12, 2026 calls are counsel only.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 13, 2026
New York, New York